IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KATHY KRIEG,

**Plaintiff,**

vs.

EDWARDSVILLE COMMUNITY UNIT
SCHOOL DISTRICT NO. 7, BOARD
OF EDUCATION OF EDWARDSVILLE
COMMUNITY SCHOOL DISTRICT NO. 7,
and DR. ED HIGHTOWER, Superintendent,
Edwardsville School District No. 7, in his
individual and official capacity,

**Defendants.**                                                    No. 03-CV-546-DRH

## ORDER

**HERNDON, District Judge:**

The Court **DISMISSES with prejudice** Plaintiff's retaliation claim pursuant to **§ 504** of the Rehabilitation Act, **29 U.S.C. § 794**, contained in Count 1 of Plaintiff's Amended Complaint.

Since the Court previously dismissed Counts 2 and 3 of Plaintiff's Amended Complaint **without prejudice**[1], *see* **Doc. 15, Mem. & Order dated Jan. 21, 2004**, the Court cannot enter judgment with respect to those counts.

**IT IS SO ORDERED.**

Signed this 13th day of June, 2005.

/s/   David RHerndon
**United States District Judge**

---

[1] Plaintiff brought Count 2 of her Amended Complaint pursuant to the Americans with Disabilities Act, **42 U.S.C. § 12101,** *et seq.*, and Count 3 pursuant to the Civil Rights Act, **42 U.S.C. § 1983**. Dr. Ed Hightower was only a defendant with respect to Count 3.